# UNITED STATES DISTRICT COURT
## District of Minnesota

Jessie DeVriendt

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 23-cv-03701-PAM-JFD

Costco Distribution Center, Efrain Adame, Bret Hay

Defendant(s).

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants Adame and Hay's Motion to Dismiss (Docket No. 22) is **GRANTED**;

2. Defendant Costco's Motion to Dismiss (Docket No. 26) is **GRANTED**; and

3. This matter is **DISMISSED with prejudice**.

Date: 6/3/2024

_____
KATE M. FOGARTY, CLERK